UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

IGANCIO COBOS,

          Plaintiff,

    vs.

RICK LONG,

          Defendant.

NO.  CV-09-5008-CI

ORDER ADOPTING REPORT AND
RECOMMENDATION AND DISMISSING
COMPLAINT FOR FAILURE TO COMPLY
WITH FILING FEE REQUIREMENTS

Magistrate Judge Imbrogno filed a Report and Recommendation on June 9, 2009, recommending Mr. Cobos's complaint be dismissed without prejudice as he had not paid the filing fee and he was precluded from proceeding *in forma pauperis* under 28 U.S.C. § 1915(g).  There being no objections, the court **ADOPTS** the Report and Recommendation.  The Complaint is **DISMISSED WITHOUT PREJUDICE** for failure to comply with filing fee requirements of 28 U.S.C. § 1914**.**

    **IT IS SO ORDERED**.  The District Court Executive is directed to enter this Order, forward a copy to Petitioner and close the file.

    **DATED** this_____8th_____day of July, 2009.

                  *s/Lonny R. Suko*

                  LONNY R. SUKO
          UNITED STATES DISTRICT JUDGE

ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE -- 1